AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

MODERUSTIC, INC., a California Corporation;
EDGAR JAUNZEMIS, an individual,

_____
*Plaintiff(s)*

v.

EXOTIC FIRE GLASS, a business entity, form
unknown;
[See Attached Additional Parties Attachment]

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 5:17-cv-01868 ODW (SPx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EXOTIC FIRE GLASS, a business entity, form unknown:
6300 Yarrow Drive, Suite 101
Carlsbad, California 92011

[See Attached Additional Defendants List]


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eileen Keusseyan, Esq.
KEOSIAN BERBERIAN LLP
16530 Ventura Boulevard, Suite 555
Encino, California 91436
Tel. 818-986-9331
Fax.818-986-9341

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.


CLERK OF COURT

Date:  September 13, 2017

_____
*Signature of Clerk or Deputy Clerk*

## ADDITIONAL PARTIES ATTACHMENT
Pertaining to "SUMMONS IN A CIVIL ACTION"


EXOTIC PEBBLES AND GLASS, a business entity, form unknown;
EXOTIC PEBBLES AND AGGREGATES, LLC., an Arizona Limited Liability
Company; EXOTIC PEBBLES AND AGGREGATES, INC., A California
Corporation; CAMERON FERGUSON, an individual; and DOES 1 to 100,
inclusive,

## ADDITIONAL DEFENDANT LIST
Pertaining to "SUMMONS IN A CIVIL ACTION"

EXOTIC PEBBLES AND GLASS, a business entity, form unknown
6300 Yarrow Drive, Suite 101
Carlsbad, California 92011


EXOTIC PEBBLES AND AGGREGATES, LLC., an Arizona Limited Liability
Company
6300 Yarrow Drive, Suite 101
Carlsbad, California 92011


EXOTIC PEBBLES AND AGGREGATES, INC., A California Corporation
6300 Yarrow Drive, Suite 101
Carlsbad, California 92011


CAMERON FERGUSON, an individual
1155 Camino Del Mar, No. 421
Del Mar, California 92014